IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 APR -8 PM 2: 49

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | Case Number: 8:09CV58 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| 2000 LINCOLN LS, | ) | |
| VIN1LNHM87A8YY798423, | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| | For | defendant | 3/16/09 |
| | For | | 4/7/09 |
| | For | | |
| | For | | |
| | For | | |