FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 25 2009
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:09CV58 |
| ) | |
| 2000 LINCOLN LS, ) | ORDER |
| VIN1LNHM87A8YY798423, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 25th day of September, 2009, this matter comes on before the Court upon the Stipulation of the parties (Filing No 17). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. The Defendant property should be returned to the Claimant, Eric Sayles, by delivering the same to his attorney of record, Glenn A. Shapiro.

2. Pursuant to this Court's Order dated February 18, 2009 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on April 24, 2009 (Filing No. 15). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. The Defendant property shall be returned to the Claimant, Eric Sayles.

C. Pursuant to this Court's Order dated February 18, 2009 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on April 24, 2009 (Filing No. 15). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. Upon Mr. Sayles' receipt of the Defendant property, as mentioned above, he shall file a Receipt for the same.

E. The parties shall each pay their own costs and expenses associated with this action.

F. Upon the filing of said Receipt, this Court shall enter an Order dismissing this action.

BY THE COURT:

THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

2000 LINCOLN LS,
VIN1LNHM87A8YY798423, Defendant, and
ERIC SAYLES, Claimant

2

By: /s/ Glenn A. Shapiro
GLENN A. SHAPIRO (#19126)
Attorney at Law
1001 Farnam St., 3rd Flr.
Omaha, NE 68102
(402) 341-0700