## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:09CV58 |
| | ) | |
| **2000 LINCOLN LS,** | ) | ORDER |
| **VIN1LNHM87A8YY798423,** | ) | |
| | ) | |
| **Defendant.** | ) | |

IN ACCORDANCE with the parties' Stipulation filed September 23, 2009, (Filing No. 17), this civil forfeiture matter is hereby dismissed.

DATED this 23rd day of October, 2009

                                                    BY THE COURT:

                                                    s/Thomas D. Thalken
                                                    United States Magistrate Judge

Prepared and Submitted by:

Nancy A. Svoboda  (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

2000 LINCOLN LS,
VIN1LNHM87A8YY798423, Defendant, and
ERIC SAYLES, Claimant


By:     s/Glenn A. Shapiro
          GLENN A. SHAPIRO (#19126)
          Attorney at Law
          1001 Farnam St., 3rd Flr.
          Omaha, NE 68102
          (402) 341-0700